JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| John Whitbread,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RGR Petroleum, Inc., et al.,<br><br>　　　　　　　　　Defendants. | Case No. EDCV 19-1933 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Pursuant to the Order filed concurrent herewith, Default Judgment is GRANTED in favor of Plaintiff John Whitbread. Judgment is entered in favor of Plaintiff.

Dated: May 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge